### *United States District Court for the Northern District of Illinois*

Case Number: 08CV3631                    Assigned/Issued  By: DAJ

Judge Name:                              Designated Magistrate Judge:

---

## FEE INFORMATION

**Amount Due:**  ☐ $350.00     ☐ $39.00     ☐ $5.00

☐ IFP     ☐ No Fee     ☐ Other _____

☐ $455.00

Number of Service Copies _____     Date: _____

### (For Use by Fiscal Department Only)

Amount Paid: _____     Receipt #: _____

Date Payment Rec'd: _____     Fiscal Clerk: _____

---

## ISSUANCES

☑ Summons     ☐ Alias Summons

☐ Third Party Summons     ☐ Lis Pendens

☐ Non Wage Garnishment Summons     ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons     _____

☐ Citation to Discover Assets     (Victim, Against and $ Amount)

☐ Writ _____
         (Type of Writ)

<u>1</u> Original and <u>0</u> _____ copies on <u>07/01/08</u> as to TRANS UNION LLC
                                    (Date)

_____

_____