# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS (CHICAGO)

BRUCE DENSBORN,                                      CASE NO. 1:08-cv-03631
       Plaintiff,

                                                                                      Judge James B. Moran

    vs.

TRANS UNION, LLC; and
ILLINOIS STUDENT ASSISTANCE COMMISSION;
       Defendants.

## TRANS UNION, LLC'S LOCAL RULE 3.2 DISCLOSURE STATEMENT

      Defendant Trans Union, LLC, by counsel, submits this Disclosure Statement pursuant to Fed.R.Civ.P. 7.1 and Local Rule 3.2:

          All affiliates of the party:  Trans Union Corp.

                                                           Respectfully submitted,

                                                           *s/ William R. Brown*
                                                           William R. Brown, Esq. (IL #26782-48)
                                                          Christopher T. Lane, Esq. (IL #21704-49)
                                                           Schuckit & Associates, P.C.
                                                          30th Floor, Market Tower
                                                          10 W. Market Street, Suite 3000
                                                          Indianapolis, IN  46204
                                                          Telephone:  317-363-2400
                                                          Fax:  317-363-2257
                                                          E-Mail:  wbrown@schuckitlaw.com
                                                          E-Mail:  clane@schuckitlaw.com

                                                          *Counsel for Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **TRANS UNION, LLC'S LOCAL RULE 3.2 DISCLOSURE STATEMENT** has been filed electronically on the **21st day of July, 2008**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| Larry P. Smith, Esq. | Alyssa H. Blackwell, Esq. |
| lsmith@lpsmithlaw.com | ablackwell@lpsmithlaw.com |

The undersigned further certifies that a true copy of the foregoing **TRANS UNION, LLC'S LOCAL RULE 3.2 DISCLOSURE STATEMENT** was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **21st day of July, 2008**, properly addressed as follows:

| None | |

*s/ William R. Brown*
William R. Brown, Esq. (IL #26782-48)
Christopher T. Lane, Esq. (IL #21704-49)
Schuckit & Associates, P.C.
30th Floor, Market Tower
10 W. Market Street, Suite 3000
Indianapolis, IN  46204
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  wbrown@schuckitlaw.com
E-Mail:  clane@schuckitlaw.com

*Counsel for Trans Union, LLC*