UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS (CHICAGO)

| | |
|---|---|
| BRUCE DENSBORN,<br>          Plaintiff,<br><br>vs.<br><br>TRANS UNION, LLC; and<br>ILLINOIS STUDENT ASSISTANCE COMMISSION;<br>          Defendants. | CASE NO. 1:08-cv-03631<br><br>Judge James B. Moran |

**TRANS UNION, LLC'S DESIGNATION OF LOCAL COUNSEL PURSUANT TO LOCAL GENERAL RULE 83.15**

Trans Union, LLC, by counsel, hereby complies with Local General Rule 83.15 by designating Michael J. Sreenan as its local counsel.  Mr. Sreenan is a member of the bar of this Court having an office within this District upon whom service of papers may be made, and Mr. Sreenan's contact information is as follows:

> Michael J. Sreenan, Esq. (ARDC #6194288)
> 853 N. Elston Avenue
> Chicago, IL  60622
> Telephone:  773-549-8700
> Fax:  773-304-1999
> E-Mail:  msreenan@sreenanpc.com

Respectfully submitted,

*s/ Laura K. Rang*
Laura K. Rang, Esq. (IL #26238-49)
Christopher T. Lane, Esq. (IL #21704-49)
William R. Brown, Esq. (IL #26782-48)
Schuckit & Associates, P.C.
30th Floor, Market Tower
10 W. Market Street, Suite 3000
Indianapolis, IN  46204

Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  lrang@schuckitlaw.com
E-Mail:  clane@schuckitlaw.com
E-Mail:  wbrown@schuckitlaw.com

*Counsel for Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **TRANS UNION, LLC'S DESIGNATION OF LOCAL COUNSEL PURSUANT TO LOCAL GENERAL RULE 83.15** has been filed electronically on the **20th day of August, 2008**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| Larry P. Smith, Esq. | Alyssa H. Blackwell, Esq. |
| lsmith@lpsmithlaw.com | ablackwell@lpsmithlaw.com |

The undersigned further certifies that a true copy of the foregoing **TRANS UNION, LLC'S DESIGNATION OF LOCAL COUNSEL PURSUANT TO LOCAL GENERAL RULE 83.15** was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **20th day of August, 2008**, properly addressed as follows:

| None | |

*s/ Laura K. Rang*
Laura K. Rang, Esq. (IL #26238-49)
Christopher T. Lane, Esq. (IL #21704-49)
William R. Brown, Esq. (IL #26782-48)
Schuckit & Associates, P.C.
30th Floor, Market Tower
10 W. Market Street, Suite 3000
Indianapolis, IN  46204
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  lrang@schuckitlaw.com
E-Mail:  clane@schuckitlaw.com
E-Mail:  wbrown@schuckitlaw.com

*Counsel for Trans Union, LLC*