**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| BRUCE DENSBORN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 3631 |
| | ) | |
| TRANS UNION, LLC, et al., | ) | Honorable James B. Moran |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO: All parties of Record,

**PLEASE TAKE NOTICE** that on the 11th day of September, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge James B. Moran, or whomever may be sitting in his stead, Room 1843 in the United States District Court for the Northern District of Illinois, Eastern Division, at 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the attached **DEFENDANT'S MOTION TO DISMISS and MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS**.

Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois

/s/ Meghan O. Maine

MEGHAN O. MAINE
Assistant Attorney General
Office of the Attorney General
100 W. Randolph St., 13th Flr.
Chicago, Illinois n _ 60601
(312) 814-5165

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that the aforementioned document was filed on Tuesday, September 02, 2008, through the Court's CM/ECF system. Parties of record may obtain a copy of the paper through the Court's CM/ECF system. The undersigned further certifies that a copy of the aforementioned document was served by U.S. Mail on this 2nd day of September, 2008, to the following person: Mr. Michael J. Sreenan, 853 N. Elston Av., Chicago, IL 60622.

/s/ Meghan O. Maine